**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00398-CR**
**NO. 09-21-00399-CR**
**NO. 09-21-00400-CR**

_____

**LEA MARIE STERN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 21-37294, 21-37642 and 21-37681**

**MEMORANDUM OPINION**

On December 1, 2021, the trial court sentenced Lea Marie Stern, appellant, on convictions for fraudulent use of identifying information in Trial Cause Numbers 21-37294, 21-37642 and 21-37681. Stern filed notices of appeal on December 15, 2021. In each case, the trial court entered a certification of the defendant's right to appeal in which the court certified that these are plea-bargain cases and the defendant has no right of appeal and that she waived the right of appeal. *See* Tex. R. App. P.

1

25.2(a)(2). The district clerk has provided the trial court's certifications to the Court of Appeals.

On December 17, 2021, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. We received *pro se* correspondence from Stern but nothing in the correspondence suggests the trial court's certifications are incorrect. Because the records do not contain certifications that show Stern has the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

PER CURIAM

Submitted on February 1, 2022
Opinion Delivered February 2, 2022
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.